**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANDRE MARTIN, | ) | 3:11-cv-00388-LRH-RAM |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| WARM SPRINGS CORRECTIONAL CENTER, et al., | ) | |
| Defendants. | ) | |

Plaintiff, Andre Martin, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1) and a blank application to proceed *in forma pauperis* (ECF. No. 1-2).

The matter shall be dismissed without prejudice. Plaintiff may pursue his claims in another action if he desires by submitting the proper application for *in forma pauperis* status or the $350 filing fee along with his civil rights complaint.

**IT IS THEREFORE ORDERED** that the Clerk shall send to plaintiff the proper form and instructions for an application to proceed *in forma pauperis*. The Clerk shall also return a copy of the civil rights complaint to plaintiff.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly.

Dated this 13th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE