AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF    NEVADA

ANDRE MARTIN,

      Plaintiff,           JUDGMENT IN A CIVIL CASE

V.

                                        CASE NUMBER:  **3:11-CV-00388-LRH-RAM**

WARM SPRINGS CORRECTIONAL
CENTER, et al,

      Defendants.

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

  June 14, 2011                                                    **LANCE S. WILSON**
     Date                                                                              Clerk

                                                      /s/   M. Campbell
                                                           Deputy Clerk